1  Adam J. Fiss, Bar No. 211799
   afiss@littler.com
2  Nicholas C. Lansdown, Bar No. 312915
   nlansdown@littler.com
3  LITTLER MENDELSON, P.C.
   50 W. San Fernando
4  7th Floor
   San Jose, California 95113.2431
5  Telephone:  408.998.4150
   Fax No.:    408.288.5686
6
7  Attorneys for Defendant
   UTILITY TREE SERVICE, LLC

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  STEVEN HABON, an individual,            Case No.

13            Plaintiff,                    **DEFENDANT'S NOTICE OF**
                                            **PENDENCY OF OTHER**
14      v.                                  **ACTIONS OR PROCEEDINGS**

15  UTILITY TREE SERVICE, LLC, a
    limited liability corporation, UTILITY
16  SERVICE, CORPORATION, and DOES     Trial Date:    Not Set
    1 through 50, inclusive,           Compl. Filed:  June 5, 2024 (Santa
17                                                     Clara County
    Defendants.                                        Superior)
18                                      Removal Filed: December 19, 2024

19

20

21

22

23

24

25

26

27

28

LITTLER
MENDELSON, P.C.
50 W. San Fernando
7th Floor
San Jose, CA
95113.2431
408.998.4150

NOTICE OF PENDENCY

1    **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE**

2    **NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF STEVEN HABON,**

3    **AND HIS ATTORNEYS OF RECORD:**

4      Pursuant to the United States District Court for the Northern District of California

5    Local Rule 3-13, Defendant Utility Tree Service, LLC ("Defendant"), hereby submit

6    this Notice of Pendency of Other Actions or Proceedings:

7      Defendant is not aware of another civil action that involves all or a material part

8    of the subject matter of this action.

9

10   Dated:  December 19, 2024

11                 LITTLER MENDELSON, P.C.

12

13                 */s/ Nicholas Lansdown*

14                 Adam J. Fiss
                Nicholas C. Lansdown

15                 Attorneys for Defendant
                UTILITY TREE SERVICE, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON,
P.C.
50 W. San Fernando
7th Floor
San Jose, CA
95113.2431
408.998.4150

2       NOTICE OF PENDENCY